# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 07-cr-00202-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

VICTORIA DAMEY SANDVOAL,

        Defendant.

---

## ORDER CONTINUING SUPERVISED RELEASE AND
## MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

---

THIS MATTER before the Court on report of the probation officer following a supervised release violation hearing held on July 18, 2007. The defendant was found guilty of violations 1, 3, 4 and 5 of supervised release, and the Court finds the defendant has violated the terms and conditions of supervised release. Accordingly, it is

ORDERED that the defendant's term of supervised release is continued, and the terms and conditions of supervision be modified as follows:

The defendant shall participate in a program of enhanced testing and treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

The defendant shall perform 50 hours of community service as directed by the probation officer.

FURTHER ORDERED that all previously imposed conditions shall remain in full force and effect.

DATED at Denver, Colorado, this __23rd__ day of July, 2007

        BY THE COURT:

        s/Lewis T. Babcock
        LEWIS T. BABCOCK
        United States District Court Judge