PROB 12
(02/05-D/CO)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. VICTORIA DAMEY SANDOVAL        Docket Number: 07-cr-00202-LTB-01

**Petition to Amend Original Petition on Supervised Release**

COMES NOW, Veronica Ramirez, probation officer of the court, presenting an official report upon the conduct and attitude of Victoria Damey Sandoval who was placed on supervision by the Honorable Frank Montalvo sitting in the court at the Western District Of Texas, El Paso Division, on the 19th day of April, 2006, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant shall participate in a literacy program approved by the probation officer.

2. The defendant shall perform 150 hours of community service work without pay, at a location approved by the Probation Officer, to be completed during the term of supervision.

On April 30, 2007, jurisdiction of the defendant's case was transferred from the Western District of Texas to the District of Colorado.

On July 18, 2007, the defendant appeared before the court for a supervised release violation hearing. She was continued on supervision with the following additional special conditions:

3. The defendant shall participate in a program of enhanced testing and treatment for drug abuse, as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

4. The defendant shall perform 50 hours of community service as directed by the probation officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER that the Petition on Supervised Release requesting the issuance of a warrant, dated November 20, 2007, be amended to include the following alleged violations: 7) New Law Violation - Identity Theft, Forgery, Criminal Possession of a Financial Device, and 8) Failure to Notify Officer of Change in Residence.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this ___20th___ day of February, 2008, and ordered filed and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Veronica Ramirez |
| | Veronica Ramirez |
| s/Lewis T. Babcock | U.S. Probation Officer |
| Lewis T. Babcock | |
| U.S. District Judge | Place: Denver, Colorado |
| | Date: February 14, 2008 |

# ATTACHMENT

## 7. NEW LAW VIOLATION - THEFT AND FORGERY

On or about December 13, 2007, the defendant committed Count I: Identity Theft, 18-5-902(1)(a)(f), Colorado Revised Statute (C.R.S.), a Class 4 Felony; Count II: Forgery, 18-5-102(1)(c), C.R.S., a Class 5 Felony; and Count III: Criminal Possession of a Financial Device, 18-5-903(1)(2)(a), C.R.S., a Misdemeanor. Counts I and Count II constitute Grade B violations and Count III constitutes a Grade C violation.

This charge is based on the following information:

On December 22, 2007, the defendant was arrested by deputies of the Adams County Sheriff's Department on a warrant from Boulder County, Docket Number D0072007CR002075-4, charging the defendant with Identity Theft, Forgery, and Criminal Possession of a Financial Device.

According to the Boulder County Sheriff's Office Incident Report, the Boulder County Sheriff's Department was contacted regarding an identity theft and forgery case. According to the report, the defendant attempted to pass a forged check in the amount of $2,000.00.

The victim reported that he was contacted by a female indicating that her tenant, Victoria Sandoval, had paid her rent with a check belonging to the victim's daughter. When the landlady attempted to cash the check, she was told it failed to clear because the account was closed.

The victim reported that he knew Victoria Sandoval because he had hired her to clean his residence. The victim reported that Ms. Sandoval cleaned his residence once a month beginning in early spring until August when he terminated her because of incidents at home. The victim reported that Victoria Sandoval stole two checks from his daughter's checkbook belonging to an account that had been closed for several years. One of the checks was used by Victoria Sandoval to pay for her rent.

On December 8, 2007, the victim identified the defendant from a photo lineup.

The defendant's landlady, whom the forged check was addressed to, was contacted and questioned. She reported that in August 2007, she was renting the residence located at 4828 Zuni Street, Denver, Colorado, to the defendant, her husband, and an uncle. After failing to receive an October 2007 payment, she questioned the defendant and subsequently received a $2,000.00 check dated October 10, 2007. The check was given to the landlady by a Hispanic male. After noting that it was a third party check, the landlady confronted the defendant who reported that the check was given to her for painting services she provided. The landlady explained that she did not feel comfortable taking the third party check and the defendant asked that she return the following day at which time Ms. Sandoval would have a money order prepared.

The landlady returned the following day and observed a short Hispanic male moving items out of the garage. She confronted him and he advised that he was told to load the items. When the landlady returned on the following day, the residence had been vacated.

On December 12, 2007, the landlady identified the defendant from a photo lineup.

The case was assigned Docket number D0072007CR002075-4 in Boulder County Court and remains pending.

**8.     FAILURE TO NOTIFY OFFICER OF CHANGE IN RESIDENCE**

On or about November 1, 2007, the defendant moved from her residence at 4828 Zuni Street, Denver, Colorado, to 2841 West 66th Place, Apartment B, Adams County, Colorado, and failed to notify the probation officer of this change within 72 hours or 10 days prior which constitutes a Grade C violation of supervised release.

This charge is based on the following facts:

On October 24, 2007, I attempted a contact with the defendant at her residence, 4828 Zuni, Denver, Colorado. No one was at home. I left a business card on the residence door with a note instructing the defendant to report on October 25, 2007, by phone or in person at the United States Probation office.

On October 29, 2007, I attempted a second home contact in an effort to establish contact with the defendant. No one was available and a second business card was left on the residence door instructing the defendant to contact me as soon as possible. The defendant again failed to make contact with me.

On December 22, 2007, the defendant was arrested by deputies of the Adams County Sheriff's Department at 2841 West 66th Place, Apartment B, Adams County, Colorado. According to Adams County booking information, the defendant provided an address of 2841 West 66th Place, Apartment B, Adams County, Colorado, as her place of residence. The defendant did not notify me that she had moved from Denver, Colorado to Adams County, Colorado.